| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

COREY LANDRY, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:18-CV-223
§
UNITED STATES OF AMERICA, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Corey Landry, proceeding *pro se*, filed this civil rights lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions set forth in the Report are correct and the Report of the magistrate judge is **ADOPTED**. An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 24th day of August, 2018.

                                                  MARCIA A. CRONE
                                         UNITED STATES DISTRICT JUDGE